IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07mj86/1:07cr69

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| GUY KENNETH PENLAND. | ) | |
| | ) | |

**THIS MATTER** coming on to be heard before the undersigned, pursuant to a Motion/Notice of Withdrawal (#07) filed herein by Christopher B. Reinhardt to withdraw as attorney for the defendant, and it appearing to the court that Paul Louis Bidwell had filed a Notice of Appearance on behalf of the defendant and that good cause has been shown for the granting of said motion.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion/Notice of Withdrawal (#07) of Christopher B. Reinhardt is hereby **ALLOWED**.

Signed: August 15, 2007

Dennis L. Howell
United States Magistrate Judge