# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:07CR69

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| GUY KENNETH PENLAND. ) | |
| _____ ) | |

**THIS MATTER** is before the court upon defendant's Motion for Enlargement of Time in Which to File Pretrial Discovery Motions. Having considered defendant's Motion for Enlargement of Time in Which to File Pretrial Discovery Motions and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, but that the court cannot provide an open ended enlargement, the court enters the following Order, which will allow defendant to seek further extensions if the need arises.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Enlargement of Time in Which to File Pretrial Discovery Motions is **GRANTED,** and defendant is allowed an **ADDITIONAL** 30 days within which to file discovery motions. Such enlargement is with leave to seek, before expiration of such enlarged period, additional time if circumstances so warrant.

Signed: August 20, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge