FILED
ASHEVILLE, N.C.
DEC - 4 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:07CR69-16-TSE** |
| vs. | ) | |
| **GUY KENNETH PENLAND** | ) | |

**ORDER TO DISMISS**

Upon the motion of the United States of America, the Court hereby orders that the Bill of Indictment in this matter be dismissed without prejudice.

**SO ORDERED**, this the 4th day of December, 2007.

T. S. ELLIS, III
UNITED STATES DISTRICT JUDGE